UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

| | |
|---|---|
| IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION | : 3:09-md-02100-DRH-PMF<br>: MDL No. 2100<br>: |
| This document relates to | : Judge David R. Herndon<br>: |
| CHRISTINA REED, individually and as parent and natural guardian of minor daughter, CINTHIA REED, vs. BAYER HEALTHCARE PHARMACEUTICALS, INC., et al., 3:10-cv-10462-DRH-PMF | : ORDER<br>:<br>: |
| KRISTA WILSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., et. al., 3:10-cv-10750-DRH-PMF | :<br>: |
| ERIKA GREENWOOD V. BAYER HEALTHCARE PHARMACEUTICALS, INC., et. al., 3:10-cv-10262-DRH-PMF | : |
| MARISSA DICOSTANZO v. BAYER HEALTHCARE PHARMACEUTICALS, INC., et al., 3:10-cv-10578-DRH-PMF | |

---

ORDER

This matter is before the Court on the counsel for the above Plaintiffs' Motions for Leave to Withdraw as Attorney of Record for the above named Plaintiffs. After considering Plaintiffs' counsels' motions, the Court **orders** as follows:

**A.    This portion of the Order pertains to the following three member actions:**

CHRISTINA REED, individually and as parent and natural guardian of minor daughter, CINTHIA REED vs. BAYER HEALTHCARE PHARMACEUTICALS, INC., et al., 3:10-cv-10462-DRH-PMF

KRISTA WILSON v. BAYER HEALTHCARE
PHARMACEUTICALS, INC., et. al., 3:10-cv-
10750-DRH-PMF

ERIKA GREENWOOD V. BAYER
HEALTHCARE PHARMACEUTICALS, INC., et.
al., 3:10-cv-10262-DRH-PMF

The Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The law firm Burg Simpson Eldredge Hersh & Jardine, P.C., via movant Seth A. Katz, Esq., is terminated as counsel for Plaintiffs Krista Wilson, Christina Reed, Cinthia Reed, and Erika Greenwood in member actions 3:10-cv-10750, 3:10-cv-10462, and 3:10-cv-10262. Michael S. Burg, however, will continue to act as in his capacity as Co-Lead Counsel for Master Case File MDL 2100 and as a result, will continue to be identified in member actions 3:10-cv-10750, 3:10-cv-10462, and 3:10-cv-10262 in his capacity as Co-Lead Counsel for Master Case File MDL 2100.

Further, the Court directs movant to serve a copy of this order of withdrawal within 7 days upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1. Should Plaintiffs choose to continue pursuing their actions each Plaintiff is hereby given 21 days to either file an appearance on her own behalf or have new counsel appear for her, as required by Local Rule 83.1(g)(2), and 45 days from the entry of her or her new counsel's appearance to file her Plaintiff Fact Sheet, pursuant to Case Management Order #12.

B.    This portion of the Order pertains to the following member action:

MARISSA DICOSTANZO v. BAYER
HEALTHCARE PHARMACEUTICALS,
INC., et al., 3:10-cv-10578-DRH-PMF

- 3 -

The Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The law firm Stuart E. Scott, Rhonda Baker Debevec, Melissa Z. Kelly and the law firm Spangenberg Shibley & Liber LLP, via movant Rhonda Baker Debevec, are terminated as counsel for Plaintiff Marissa Dicostanzo in this matter.

Further, the Court directs movant to serve a copy of this order of withdrawal within 7 days upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1. Should Plaintiff choose to continue pursuing her action she is hereby given 21 days to either file an appearance on her own behalf or have new counsel appear for her, as required by Local Rule 83.1(g)(2), and 45 days from the entry of her or her new counsel's appearance to file her Plaintiff Fact Sheet, pursuant to Case Management Order #12.

**SO ORDERED:**

David R. Herndon
2010.10.18
13:47:36 -05'00'

Chief Judge                                                                                              Date:  October 18, 2010
United States District